UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KEENA COHILL and LEE COHILL, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CV 03-JEO-0332-S |
| ) | |
| DUPONT MORTGAGE GROUP, INC.; ) | |
| SYNERGY MORTGAGE SOLUTIONS, INC.; ) | |
| JUPITER MORTGAGE CORPORATION; ) | |
| and DEMETRIUS PARKS, ) | |
| ) | |
| Defendants. ) | |

ENTERED
OCT - 6 2003

## MEMORANDUM OPINION

This matter is before the court on the motion to dismiss filed by Synergy Mortgage Solutions, Inc. ("Synergy"), and Jupiter Mortgage Corporation, Inc. ("Jupiter"). (Doc. 7). On August 25, 2003, the magistrate judge assigned this matter entered a report and recommendation finding that the motion is due to be granted in part and denied in part. No objections have been filed to the magistrate judge's determination.

The court has considered the entire file in this action, including the Magistrate Judge's Report and Recommendation, and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. Accordingly, the court finds that the motion to dismiss (doc. 7) is due to be granted in part and denied in part. It is due to be granted as to the Federal Truth In Lending Act and Real Estate Settlement Procedures Act claims against defendants Dupont Mortgage Group, Inc., Jupiter, and Synergy and denied as to the remaining claims. The plaintiffs, however are required to file an amended complaint detailing their fraud claim with more particularity. An appropriate

order will be entered.

**DONE**, this _3rd_ day of October, 2003.

_____
United States District Judge