IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
04 JAN 28 PM 4:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| KEENA and LEE COHILL, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 03-JEO-0332-S |
| ) | |
| DUPONT MORTGAGE GROUP, INC; ) | |
| JUPITER MORTGAGE CORPORATION; ) | |
| SYNERGY MORTGAGE SOLUTIONS, ) | |
| INC.; and DEMETRIUS PARKS, ) | |
| ) | |
| Defendants. ) | |

ENTERED
JAN 30 2004

**MEMORANDUM OPINION**

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation (doc. 57) is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court.

In accord with the recommendation, the plaintiffs' supplemental motion for a default judgment against defendant Dupont Mortgage Group, Inc. (hereinafter "Dupont") (doc. 39) and their second supplemental motion for a default judgment (doc. 47) are due to be granted. The plaintiffs are due damages from Dupont in the following amounts: $23,231.22 in economic losses, $8,900.00 in compensatory damages for mental anguish and emotional distress, and $8,900.00 in punitive damages. Costs should also be assessed in the amount of $677.20. These findings are only binding upon defendant Dupont, which has failed to answer and respond to the court's previous orders. The

59

determinations do not bind this court in further proceedings as to the other defendants that were not required to respond or address the present matters. An appropriate order will be entered.

DONE, this __28th__ day of __January__, 2004.

_____
UNITED STATES DISTRICT JUDGE